UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

WILFREDO DAVILA RODRIGUEZ

DEBTOR

CASE NO. 10-02290 ESL

CHAPTER 13

MOTION TO AMEND SCHEDULE I

TO THE HONORABLE COURT:

**COMES NOW** Debtor through the undersigned attorney and respectfully requests and prays for the following:

1. Debtor filed a Chapter 13 petition on March 26, 2010 for which the confirmation of the plan is still pending.

2. Debtor is amending Schedule I to remove family contributions. Enclosed the amended Schedule I.

3. Debtor requests for this Honorable Court to take notice of the amended Schedule I.

**WHEREFORE,** Debtor prays for an Order granting this motion with any other procedure that in accordance to law this Honorable Court deems just and proper.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Bankruptcy Court using CM/ECF system which will serve a copy of the same to the following participants: Jose R. Carrion, Esq., Chapter 13 Trustee and by regular mail to all creditors and parties in interest as per the Master Address List.

In Caguas, Puerto Rico, this 12 day of May of 2010.

**VICTOR GRATACOS DIAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PR 00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633

/s/ Víctor Gratacós-Díaz (127906)

IN RE **DAVILA RODRIGUEZ, WILFREDO**                  Case No. **10-02290-13**
          Debtor(s)                                                                                           (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **DIVORCED** | RELATIONSHIP(S):<br>**DAUGHTER**<br>**SON** | AGE(S):<br>**12**<br>**10** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **FILING ROOM** | |
| Name of Employer | **MARTINEZ TORRES LAW OFFICE 1510 BORI STREET** | |
| How long employed | **5 months** | |
| Address of Employer | **URB ANTONSANTI**<br>**SAN JUAN, PR 00919** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)            DEBTOR         SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)     $ __1,146.50__     $ _____
2. Estimated monthly overtime     $ _____     $ _____

**3. SUBTOTAL**     $ __1,146.50__     $ _____

4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security     $ __14.64__     $ _____
   b. Insurance     $ _____     $ _____
   c. Union dues     $ _____     $ _____
   d. Other (specify) **DISABILITY**     $ __0.58__     $ _____
        $ _____     $ _____

**5. SUBTOTAL OF PAYROLL DEDUCTIONS**     $ __15.22__     $ _____

**6. TOTAL NET MONTHLY TAKE HOME PAY**     $ __1,131.28__     $ _____

7. Regular income from operation of business or profession or farm (attach detailed statement)     $ _____     $ _____
8. Income from real property     $ _____     $ _____
9. Interest and dividends     $ _____     $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above     $ _____     $ _____
11. Social Security or other government assistance
   (Specify) _____     $ _____     $ _____
   _____     $ _____     $ _____
12. Pension or retirement income     $ _____     $ _____
13. Other monthly income
   (Specify) _____     $ _____     $ _____
   _____     $ _____     $ _____
   _____     $ _____     $ _____

**14. SUBTOTAL OF LINES 7 THROUGH 13**     $ _____     $ _____

**15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)     $ __1,131.28__     $ _____

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)     $ __1,131.28__

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **DAVILA RODRIGUEZ, WILFREDO** _____  Case No. **10-02290-13** _____
                                                  Debtor(s)                                                                (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **15** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 12, 2010** _____  Signature: **/s/ WILFREDO DAVILA RODRIGUEZ** _____
                                                           **WILFREDO DAVILA RODRIGUEZ**        Debtor

Date: _____  Signature: _____
                                                                                                        (Joint Debtor, if any)
                                                                               [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____  _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
                                                                       (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only