# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| WILFREDO DAVILA RODRIGUEZ | CASE NO. 10-02290 ESL |
| DEBTOR | CHAPTER 13 |

## MOTION TO AMEND SCHEDULE J

**TO THE HONORABLE COURT:**

**COMES NOW** Debtor through the undersigned attorney and respectfully requests and prays for the following:

1. Debtor filed a Chapter 13 petition on March 26, 2010 for which the plan was confirmed.

2. Debtor is amending Schedule J to reflect current expenses. Enclosed the amended Schedule J.

3. Debtor requests for this Honorable Court to take notice of the amended Schedule J.

**WHEREFORE,** Debtor prays for an Order granting this motion with any other procedure that in accordance to law this Honorable Court deems just and proper.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Bankruptcy Court using CM/ECF system which will serve a copy of the same to the following participants: Jose R. Carrion, Esq., Chapter 13 Trustee and by regular mail to all creditors and parties in interest as per the Master Address List.

In Caguas, Puerto Rico, this 12 day of May of 2010.

**VICTOR GRATACOS DIAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PR 00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633

/s/ Víctor Gratacós-Díaz (127906)

B6J (Official Form 6J) (12/07)

IN RE DAVILA RODRIGUEZ, WILFREDO      Case No. 10-02290-13
         Debtor(s)                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)       $ _____
   a. Are real estate taxes included?  Yes ___ No ✓
   b. Is property insurance included?  Yes ___ No ✓
2. Utilities:
   a. Electricity and heating fuel                                          $ _____
   b. Water and sewer                                                       $ _____
   c. Telephone                                                             $ _____
   d. Other  **Cellular Phone**                                             $   75.00
                                                                            $ _____
3. Home maintenance (repairs and upkeep)                                    $ _____
4. Food                                                                     $  111.00
5. Clothing                                                                 $ _____
6. Laundry and dry cleaning                                                 $ _____
7. Medical and dental expenses                                              $ _____
8. Transportation (not including car payments)                              $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.         $   10.00
10. Charitable contributions                                                $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                              $ _____
    b. Life                                                                 $ _____
    c. Health                                                               $ _____
    d. Auto                                                                 $ _____
    e. Other _____                                                        $ _____
                                                                            $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) **DEPARTMENT OF TREASURY**                                    $   52.67
              **INTERNAL REVENUE SERVICE**                                  $   48.75
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                                 $ _____
    b. Other  **GASOLINE CAR OF RELATIVE**                                  $  100.00
                                                                            $ _____
14. Alimony, maintenance, and support paid to others                        $  428.00
15. Payments for support of additional dependents not living at your home   $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) $ _____
17. Other _____                                                           $ _____
                                                                            $ _____
                                                                            $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $  825.42

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I                    $ 1,131.28
    b. Average monthly expenses from Line 18 above                          $   825.42
    c. Monthly net income (a. minus b.)                                     $   305.86

IN RE <u>DAVILA RODRIGUEZ, WILFREDO</u>                    Case No. <u>**10-02290-13**</u>
                           Debtor(s)                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**15** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 12, 2010**            Signature: **/s/ WILFREDO DAVILA RODRIGUEZ**
                                              **WILFREDO DAVILA RODRIGUEZ**      Debtor

Date: _____        Signature: _____
                                                          (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____            _____
Signature of Bankruptcy Petition Preparer               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.